

FILED
CLERK, U.S. DISTRICT COURT

MAR 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR 03-832-FMC
　　　　　Plaintiff, )
　　　　　　　　　　　　　　 ) ORDER OF DETENTION AFTER
　　v. ) HEARING (Fed.R.Crim.P. 32.1(a)(6)
　　　　　　　　　　　　　　 ) Allegations of Violations of Probation
　Roger Cnir ) Supervised Release)
　　　　　　　　　　　　　　 ) Conditions of Release)
　　　　　Defendant. )

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//
//

1     The court concludes:
2  A.  ( )  Defendant poses a risk to the safety of other persons or the community
3          because defendant has not demonstrated by clear and convincing
4          evidence that:
5          _he will abide by court order_
6
7
8
9
10 (B) ( )  Defendant is a flight risk because defendant has not shown by clear
11         and convincing evidence that:
12
13
14
15
16
17     IT IS ORDERED that defendant be detained.
18
19 DATED: 3/3/08
20
21
22                              /s/ Stephen J. Hillman
23                              STEPHEN J. HILLMAN
                                UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

2